IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA ANDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OTG MANAGEMENT | : | NO. 25-3356 |

ORDER

AND NOW, this 8th day of September 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion for summary judgment of the defendant OTG Management (Doc. #23) is GRANTED as to plaintiff's federal, state, and local claims of race discrimination and related retaliation; and

(2) the motion for summary judgment of the defendant is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.